UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-399 (MJD/JGL)

SUSANNE K. TRONE,

Plaintiff,

v.

**PRETRIAL ORDER**

UNIPAC SERVICE CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to June 1, 2000;

2. Plaintiff shall disclose all expert witness reports by July 15, 2000, and Defendants shall disclose all expert witness reports by September 1, 2000;

3. The period during which the parties may seek discovery shall be completed by October 1, 2000;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2000;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to February 1, 2001; and

6. This case will be considered "ready for trial" as of February 1, 2001.

DATED: April 19, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

APR 19 2000
Filed
Francis E. Dosal, Clerk
Judgment Entd.
Deputy Clerk