**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Susanne K. Trone,

Plaintiff,

vs.

UNIPAC Service Corporation,

Defendant.

Civil File No. 00-399 (MJD/JGL)

Case Type: Discrimination/Retaliation

~~PROPOSED~~ **ORDER**

---

Defendant's Motion to Compel Discovery came on for hearing before the undersigned on September 15, at 8:30 a.m. Appearances were as noted on the record. Based upon the pleadings, motions, memoranda, and affidavits filed herein, the law applicable hereto, the arguments of counsel, and the court being fully advised in the premises, the Court enters the following:

**ORDER**

**IT IS HEREBY ORDERED:** Defendant's Motion to Compel Plaintiff's Attendance at Vocational Evaluation is granted as follows:

1. Plaintiff shall submit to a vocational evaluation conducted by Ms. Jan Lowe, Certified Vocational Counselor at Rehabilitation Counselors, Inc. on ~~September 19~~ Sept 19, 2000, at 10:30 a.m., at 1011 First Street South, Suite 315, in Hopkins, Minnesota.

**IT IS SO ORDERED**

Dated: Sept 15, 2000

The Honorable Johnathan Lebedoff
Magistrate Judge

::ODMA\GRPWISE\FELLAW.STPL.STPL Library:79862.1

SEP 15 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK