**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Susanne K. Trone,

Plaintiff,

vs.

UNIPAC Service Corporation,

Defendant.

Civil File No. 00-399 (MJD/JGL)

Case Type: Discrimination/Retaliation

**ORDER OF DISMISSAL**

---

Based upon the Stipulation for Dismissal With Prejudice attached to this Order of Dismissal, the above-captioned matter is hereby dismissed, in its entirety, with prejudice.

BY THE COURT:

Michael J. Davis

Judge of District Court

Dated at Minneapolis, Minnesota

this 13th day of Feb, 2001.

FEB 13 2001
FILED
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Susanne K. Trone,

Plaintiff,

vs.

UNIPAC Service Corporation,

Defendant.

Civil File No. 00-399 (MJD/JGL)

Case Type: Discrimination/Retaliation

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

Based on the terms and conditions of the Separation Agreement and Release, attached to this Stipulation for Dismissal as Exhibit A, the parties agree that the above-captioned matter shall be dismissed with prejudice.

Dated: 1-16-01

By ____________________
Paul J. Lukas (#22084X)
Nichols, Kaster & Anderson
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2242
ATTORNEYS FOR PLAINTIFF

Dated: 2-8-01

FELHABER, LARSON, FENLON & VOGT, P.A.

By ____________________
Edward Q. Cassidy (#134119)
2100 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101-4901
(612) 222-6321
ATTORNEYS FOR UNIPAC SERVICE CORP.



FILED
DEPUTY CLERK